**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IAN B. CORBIN,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 22-CV-4212** |
| | : | |
| **STEPHEN JAMES,** *et al.*, | : | |
| **Defendants.** | : | |

## <u>ORDER</u>

AND NOW, this 29th day of December, 2022, upon consideration of Ian B. Corbin's

Motion to Proceed *In Forma Pauperis* (ECF No. 1), Prisoner Trust Fund Account Statement

(ECF No. 4), and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1.      Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.      Ian B. Corbin, #QP2945, shall pay the full filing fee of $350 in installments,

pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case.  The Court directs the

Warden of SCI Camp Hill or other appropriate official to assess an initial filing fee of 20% of the

greater of (a) the average monthly deposits to Corbin's inmate account; or (b) the average

monthly balance in Corbin's inmate account for the six-month period immediately preceding the

filing of this case.  The Warden or other appropriate official shall calculate, collect, and forward

the initial payment assessed pursuant to this Order to the Court with a reference to the docket

number for this case.  In each succeeding month when the amount in Corbin's inmate trust fund

account exceeds $10.00, the Warden or other appropriate official shall forward payments to the

Clerk of Court equaling 20% of the preceding month's income credited to Corbin's inmate

account until the fees are paid.  Each payment shall refer to the docket number for this case.

3.      The Clerk of Court is **DIRECTED** to send a copy of this Order to the

Warden of SCI Camp Hill.

4.      The Complaint is **DEEMED** filed.

5.      All claims against the Commonwealth of Pennsylvania, Lehigh County, and individual Defendants Murray, Dantos, Reichley, and Stauffer are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  The Clerk of Court is **DIRECTED** to **TERMINATE** Defendants Commonwealth of Pennsylvania, Lehigh County, Dantos, Reichley, Murray, and Stauffer as parties on the docket.

6.      Corbin's official capacity claims and his claims asserting violations of the Thirteenth Amendment, 42 U.S.C. §§ 1981, 1987, 1988, and 1994, and federal and state criminal statutes are also **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

7.      Corbin's claims against the City of Allentown are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

8.      All further proceeding are **STAYED** until Corbin informs this Court that his related appellate proceedings have been finally resolved.

9.      If he seeks to pursue his claims, Corbin must notify this Court **within thirty (30) days of the final resolution of his related appellate proceedings** that (a) the proceedings have been resolved; (b) how the proceedings resolved; and (c) whether he still intends to pursue the claims in the instant case.  Failure to comply with this Order may result in dismissal of this case.

10.     The Clerk of Court is **DIRECTED NOT TO ISSUE SUMMONSES** at this time.

11.     The time to serve process under Fed. R. Civ. P. 4(m) is hereby extended to the date 90 days following the issuance of summonses by the Clerk of Court upon further order of the Court.

**BY THE COURT:**


*/s/ John M. Gallagher*
**JOHN M. GALLAGHER, J.**